**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GARY GAUS,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:17-1053** |
| : | |
| **v.** : | **(JUDGE MANNION)** |
| : | |
| **POCONO MOUNTAIN REGIONAL** | |
| **POLICE COMMISSION***, et al.,* : | |
| : | |
| **Defendants** : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendants' partial motion to dismiss, (Doc. 14), Counts I, III, IV, V, VI, and VII plaintiff's amended complaint, (Doc. 9), is **GRANTED**;

**(2)** The claims against moving defendants in Counts I, III, IV, V, VI, and VII are **DISMISSED WITH PREJUDICE**;

**(3)** Count II of plaintiff's amended complaint is **DISMISSED WITH PREJUDICE** insofar as it seeks relief under the Federal Declaratory Judgment Act;

**(4)** The court declines to exercise supplemental jurisdiction over plaintiff's state law claims contained in Counts II and VIII of his amended complaint, and these claims are **DISMISSED WITHOUT PREJUDICE**; and

**(5)**     The clerk of court is directed to **CLOSE** this case.




s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 3, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1053-01-ORDER.wpd